IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MARKUS HUNTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **02-104-JPG** |
| | ) | |
| **GEORGE C. WELBORN, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Assistant Attorney General David M. Walter entered his appearance on behalf of an individual named "Charles Johnston." **(Doc. 21).** A review of the record reveals some confusion as to exactly which defendant attorney Walter intends to represent. There are two defendants who may fit the bill: "C/O Johnson" and "C/O Johnstone." Attorney Walter selected named defendant "C/O Johnson" in the CM/ECF system, but because "Johnston" is equally close to "Johnson" and "Johnstone," the Court wants to ensure that there is no confusion.

**IT IS THEREFORE ORDERED** that on or before **April 30, 2005**, Assistant Attorney General David M. Walter shall file a notice (or corrective motion, if necessary) clarifying whether he is representing named defendant "Johnson" or "Johnstone."

**IT IS SO ORDERED.**

**DATED: April 19, 2005**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**