IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARKUS HUNTER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **02-104-JPG** |
| | ) |
| **GEORGE C. WELBORN, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for leave to amend his complaint. **(Doc. 55).** Plaintiff has failed to submit a proposed amended complaint, with all new portions underlined, as required by Local Rule 15.1. A review of the record reveals that this is plaintiff's second attempt to amend his complaint.

**IT IS HEREBY ORDERED**, in the interest of judicial economy and in appreciation of the fact plaintiff is proceeding pro se, plaintiff's motion for leave to amend his complaint **(Doc. 55)** is **GRANTED**. On or before **June 30, 2005**, plaintiff shall file his amended complaint, which must contain *all* claims against all parties. All new parties and claims must be underlined, so the Court and the defendants can distinguish what is new or changed in the amended complaint. If new parties are added, plaintiff shall simultaneously submit a completed USM-285 form for each new defendant so that he U.S. Marshal can effect service on plaintiff's behalf. No extensions of these deadlines shall be granted.

The Clerk of Court shall forward three blank USM-285 forms to plaintiff, along with a copy of this order.

**IT IS SO ORDERED.**

**DATED:  June 6, 2005**

                **s/ Clifford J. Proud**
                **CLIFFORD J. PROUD**
                **U. S. MAGISTRATE JUDGE**