IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARKUS HUNTER,** | ) |
| Plaintiff, | ) ) ) |
| V. | ) Civil No. **02-104-JPG** |
| **GEORGE C. WELBORN, et al.,** | ) ) ) |
| Defendants. | ) |

## **ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for an "extension of time and stay summary judgment" until U.S. District Judge J. Phil Gilbert rules on plaintiff's objection to and/or appeal of the order denying the undersigned magistrate judge's discovery rulings, and until plaintiff has received discovery responses from defendants Hinsley and Harner. **(Doc. 140).** Defendants Hinsley and Harner respond that they have answered the discovery requests at issue, and they note that the motion for summary judgment is fully briefed by all parties and is ripe for ruling. **(Doc. 142).**

A review of the record reveals that Judge Gilbert previously ordered that no stay issue while the Court considered any objection and/or motion plaintiff lodged challenging discovery rulings.  **(Doc. 138).**

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 140)** is **DENIED** in all respects.

DATED: September 25, 2007             s/ Clifford J. Proud
                                      **CLIFFORD J. PROUD**
                                      **U. S. MAGISTRATE JUDGE**