IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARKUS HUNTER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **02-104-JPG** |
| **GEORGE C. WELBORN, et al.,** | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "Motion to Intervene." **(Doc. 150).** Plaintiff claims that the defendants' agents are harassing him in retaliation for filing the above-captioned action. Plaintiff also claims that the defendants' agents have confiscated his legal documents and/o denied him access to documents.

Insofar as plaintiff suggests that prison officials at Tamms Correctional Center may be retaliating against him or impeding his access to the Courts, he will have to file a separate action. This Court will not interject itself into a situation removed from the issues in this action.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 150)** is **DENIED**.

**DATED: May 30, 2008**           **s/ Clifford J. Proud**
                                  **CLIFFORD J. PROUD**
                                  **U. S. MAGISTRATE JUDGE**