UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARKUS HUNTER,

    Plaintiff,

v.

GEORGE C. WELBORN, *et al.,*

    Defendants.

Case No. 02-cv-104-JPG

## ORDER

It is ordered that the motion of Martine Jackson to withdraw as attorney for the plaintiff (Doc. 170) is hereby **GRANTED** and Martin Jackson **WITHDRAWN** as plaintiff's attorney in this case. The Court further **ORDERS** that, pursuant to 28 U.S.C. 1915 (e)(1) and Local Rule 83.1(i), attorney Kenneth A. Slavens, is **APPOINTED** to represent plaintiff in this Court only for purposes of trial.

The Clerk is **DIRECTED** to provide attorney Slavens with a copy of the docket sheet and the Final Pretrial Order (Doc. 165). Additional materials are available through the electronic filing system. Appointed counsel is advised that, pursuant to the Plan for the Administration of the District Court Fund, out-of-pocket expenses up to the sum of $1000 may be requested and authorized for reimbursement. Additional motions and pleadings will be accepted only from plaintiff's appointed counsel.

**IT IS SO ORDERED.**
**DATED: June 30, 2008**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**